SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
YASMIN CADER (No. 250762)
Deputy Federal Public Defender
(E-mail: Yasmin_Cader@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-7560
Facsimile (213) 894-0081

Attorneys for Defendant
BENJAMIN ESPINOZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BENJAMIN ESPINOZA,<br><br>                    Petitioner,<br><br>         v.<br><br>JOSEPH L. McGRATH, Warden,<br><br>                    Respondent. | NO. SACV 02-00358-SJO-CW<br><br>**ORDER TO CONTINUE THE TIME FOR FILING A SUPPLEMENTAL TRAVERSE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date to file the supplemental traverse currently due on June 28, 2010, be continued to July 28, 2010.  It is also ordered that the Respondent's supplemental return, if any, currently due on July 23, 2010, be continued to August 23, 2010.

DATED: June 30, 2010          By  /s/ Carla M. Woehrle
                                  HONORABLE CARLA WOEHRLE
                                  United States Magistrate Judge

Presented by:

   /s/
YASMIN CADER
Deputy Federal Public Defender